IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHRISTOPHER KENYATTA MOORE, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| REGINA M. COYNE, *et al.*, | : | NO. 18-299 |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of February, 2018, upon consideration of Mr. Moore's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff Christopher Kenyatta Moore, #KS-5838, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Mr. Moore, an initial partial filing fee of $19.50 is assessed. The Superintendent or other appropriate official at SCI-Fayette or at any other prison at which Mr. Moore may be incarcerated is directed to deduct $19.50 from Mr. Moore's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-299. In each succeeding month when the amount in Mr. Moore's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Mr. Moore's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 18-299.

3. The Clerk of Court is directed to send a copy of this order to the Superintendent of SCI-Fayette.

4. The complaint is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum. Mr. Moore may not file an amended complaint in this case.

5. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

JEFFREY L. SCHMEHL, J.